# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Debra Todd, et al )
)
)
                         *Plaintiff,* )    Civil Action No. 2:13-cv-11937
)
v. )
)
Ameridose, LLC. et al )    Hon. Robert H. Cleland
)
)
                         *Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To:    Ameridose, LLC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Scott Weidenfeller
    Weidenfeller Firm
    143 Cadycentre, #300
    Northville, MI 48167

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*       By:  s/D. Tyler
                                                  *Signature of Clerk or Deputy Clerk*

                                                          Date of Issuance:  May 2, 2013



# Summons and Complaint Return of Service

Case No. 2:13-cv-11937
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Ameridose, LLC.

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____
Signature of Server: _____
Date: _____
Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Debra Todd, et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:13-cv-11937 |
| | ) | |
| v. | ) | |
| | ) | |
| Ameridose, LLC. et al | ) | Hon. Robert H. Cleland |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Medical Sales Management

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Scott Weidenfeller
> Weidenfeller Firm
> 143 Cadycentre, #300
> Northville, MI 48167

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Tyler
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 2, 2013



# Summons and Complaint Return of Service

Case No. 2:13-cv-11937
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Medical Sales Management

Date of Service: _____

## Method of Service

____   Personally served at this address:
_____
_____
_____

____   Left copies at the usual place of abode with (name of person):
_____
_____
_____

____   Other (specify):
_____
_____
_____

____   Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Debra Todd, et al | ) | |
| | ) | |
| *Plaintiff,* | ) Civil Action No. 2:13-cv-11937 | |
| v. | ) | |
| Ameridose, LLC. et al | ) Hon. Robert H. Cleland | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Analytical Research Laboratories

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Scott Weidenfeller
   Weidenfeller Firm
   143 Cadycentre, #300
   Northville, MI 48167

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*        By: s/D. Tyler
                                             *Signature of Clerk or Deputy Clerk*

                                             Date of Issuance:  May 2, 2013



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:13-cv-11937
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Analytical Research Laboratories

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____
Signature of Server: _____
Date: _____
Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Debra Todd, et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:13-cv-11937 |
| v. | ) | |
| Ameridose, LLC. et al | ) | Hon. Robert H. Cleland |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Lisa conigliaro-cadden

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Scott Weidenfeller
> Weidenfeller Firm
> 143 Cadycentre, #300
> Northville, MI 48167

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Tyler
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 2, 2013



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:13-cv-11937
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Lisa conigliaro-cadden

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:
Signature of Server:
Date:
Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Debra Todd, et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:13-cv-11937 |
| v. | ) | |
| Ameridose, LLC. et al | ) | Hon. Robert H. Cleland |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Barry J. Cadden

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Scott Weidenfeller
> Weidenfeller Firm
> 143 Cadycentre, #300
> Northville, MI 48167

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*   By: s/D. Tyler
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 2, 2013



# Summons and Complaint Return of Service

Case No. 2:13-cv-11937
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Barry J. Cadden

Date of Service: _____

## Method of Service

____   Personally served at this address:
       _____
       _____
       _____

____   Left copies at the usual place of abode with (name of person):
       _____
       _____
       _____

____   Other (specify):
       _____
       _____
       _____

____   Returned unexecuted (reason):
       _____
       _____
       _____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:      _____
Signature of Server: _____
Date:                _____
Server's Address:    _____
                     _____
                     _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Debra Todd, et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  2:13-cv-11937 |
| v. | ) | |
| Ameridose, LLC. et al | ) | Hon.  Robert H. Cleland |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     douglas conigliaro

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Scott Weidenfeller
   Weidenfeller Firm
   143 Cadycentre, #300
   Northville, MI 48167

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*    By:  s/D. Tyler
                                          *Signature of Clerk or Deputy Clerk*

                                          Date of Issuance:  May 2, 2013



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:13-cv-11937
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:  douglas conigliaro

Date of Service: _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**  Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Debra Todd, et al )
)
)
*Plaintiff,* ) Civil Action No. 2:13-cv-11937
)
v. )
)
Ameridose, LLC. et al ) Hon. Robert H. Cleland
)
)
*Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To:   carla conigliaro

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Scott Weidenfeller
   Weidenfeller Firm
   143 Cadycentre, #300
   Northville, MI 48167

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*   By: s/D. Tyler
   *Signature of Clerk or Deputy Clerk*

   Date of Issuance:  May 2, 2013



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:13-cv-11937
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: carla conigliaro

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Debra Todd, et al )
)
)
                   *Plaintiff,* )    Civil Action No. 2:13-cv-11937
)
v. )
)
Ameridose, LLC. et al )    Hon. Robert H. Cleland
)
)
                   *Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To:    Glenn A Chin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Scott Weidenfeller
    Weidenfeller Firm
    143 Cadycentre, #300
    Northville, MI 48167

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*    By:  s/D. Tyler
                                             *Signature of Clerk or Deputy Clerk*

                                                   Date of Issuance:  May 2, 2013



# Summons and Complaint Return of Service

Case No. 2:13-cv-11937
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Glenn A Chin

Date of Service: _____

## Method of Service

___   Personally served at this address:
      _____
      _____
      _____

___   Left copies at the usual place of abode with (name of person):
      _____
      _____
      _____

___   Other (specify):
      _____
      _____
      _____

___   Returned unexecuted (reason):
      _____
      _____
      _____

**Service Fees:**    Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
                  _____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Debra Todd, et al )
)
)
                  *Plaintiff,* ) Civil Action No. 2:13-cv-11937
)
v. )
)
Ameridose, LLC. et al ) Hon. Robert H. Cleland
)
)
                  *Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To:     Gregory Conigliaro

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Scott Weidenfeller
    Weidenfeller Firm
    143 Cadycentre, #300
    Northville, MI 48167

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*    By: s/D. Tyler
                                                               *Signature of Clerk or Deputy Clerk*

                                                              Date of Issuance: May 2, 2013



# Summons and Complaint Return of Service

Case No. 2:13-cv-11937
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Gregory Conigliaro

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____
Signature of Server: _____
Date: _____
Server's Address: _____
_____