# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

Debra Todd, et al

        Plaintiff(s),          CASE NO.   13-11937

v.         JUDGE   Robert H Cleland

Ameridose, LLC, et al,

        Defendant(s).

_____

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:    U.S. District Court
         District of Massachusetts

The above entitled case has been transferred to your Court pursuant to a CONDITIONAL TRANSFER ORDER in Multi District Litigation 2419.

## NOTICE TO LITIGANTS

Please take notice that the above case has been transferred to the above named Court for inclusion in MULTI DISTRICT LITIGATION 2419. Please file all future documents with the court listed above.

DAVID J. WEAVER, CLERK OF COURT

Date: May 23, 2013         By     s/Sarah Schoenherr
                                                  Deputy Clerk

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

DAVID J. WEAVER, CLERK OF COURT

Date: May 23, 2013         By     s/Sarah Schoenherr
                                                  Deputy Clerk